IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | |
|---|---|
| In Re: ) | |
| ) | Case No. 13-30244-DER |
| SENATE ACCEPTANCE CORPORATION ) | Chapter 11 |
| SENATE INSURANCE AGENCY, INC ) | |
| ) | |
|     Debtors. ) | |
| ) | |
| ) | |
| JANET M. NESSE, Chapter 11 Trustee ) | |
| ) | Adversary Proc. No. 15-00651-DER |
|     Plaintiff ) | |
| ) | |
| v. ) | |
| ) | |
| DONALD C GRAU, et al., ) | |
| ) | |
|     Defendants ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, as made applicable hereto by Rule 7041 of the Federal Rules of Bankruptcy Procedure, by and between the undersigned, that the above-captioned adversary proceeding is hereby dismissed with prejudice, each side to bears its own fees and costs.

Dated: July 21, 2016

| | |
|---|---|
| /s/ Justin P. Fasano<br>Janet M. Nesse, Bar No. 07804<br>Justin P. Fasano, Bar No. 28659<br>McNamee Hosea, et al.<br>6411 Ivy Lane, Suite 200<br>Greenbelt, MD 20770<br>(301) 441-2420<br>jnesse@mhlawyers.com<br>jfasano@mhlawyers.com<br>*Counsel for the Trustee* | */s/ Leo Wallace*<br>Leo Wallace, Bar No. 29260<br>142 Hershey Circle<br>Stewartstown, PA 17363<br>410-207-7958<br>leowallace@verizon.net<br>*Counsel to Donald Grau and Grau & Co., LLC* |

I HEREBY CERTIFY that the terms of the copy of the stipulation submitted to the court are identical to those set forth in the original stipulation; and the signatures represented by the /s/_____ on this copy reference the signatures of consenting parties on the original stipulation.

/s/ Justin P. Fasano
Justin P. Fasano

**CERTIFICATE OF SERVICE**

I hereby certify that on the **21st day of July, 2016**, a copy of the foregoing *Stipulation of Dismissal with Prejudice* was served via CM/ECF to all parties receiving notice thereby, and by first class mail, postage prepaid, upon the following.

> Donald C. Grau
> 113 Oak Moss Drive
> Coraopolis, PA 15108
>
> Grau & Co., LLC
> c/o Donald C. Grau
> 113 Oak Moss Drive
> Coraopolis, PA 15108

/s/ Justin P. Fasano
Justin P. Fasano